No. 247. Ex parte MARÍN, PETITIONER.—Petition for the approval of the notarial surety bond given by the National Surety Company on December 23, 1912. Decided February 10, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 486. THE PEOPLE *v.* RIVERA.—Appeal from the District Court of San Juan, Section 2. Decided February 12, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 950. SOLÁ ET AL. *v.* RUCABADO ET AL.—Appeal from the District Court of Guayama. Motion of appellants to withdraw appeal. Decided February 7, 1913. Appeal dismissed on motion of appellants. *Mr. Rafael López Landrón* for appellants. *Messrs. Muñoz & Brown* for respondents.

---

No. 368. Ex parte SAMALEA.—Petition for the approval of the notarial surety bond executed by the National Surety Company on January 21, 1913. Decided February 17, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 534. THE PEOPLE *v.* LÓPEZ.—Appeal from the District Court of Guayama. Decided February 17, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.